1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHARLES J. POTTER,

    Plaintiff,

    v.

CITY OF SPOKANE, COREY
LYONS, and JAKE JENSEN,

    Defendants.

NO.  CV-11-281-RHW

**ORDER GRANTING
STIPULATED MOTION TO
ENTER AN AGREED
PROTECTIVE ORDER**

Before the Court is the parties' Stipulated Motion to Enter an Agreed Protective Order (ECF No. 11).  The motion was heard without oral argument and on an expedited basis.

The parties ask the Court to enter an Agreed Protective Order that covers the following discovery:

(1) The Spokane Police Department's Internal Affairs file;

(2) Personnel files of Defendant employees; and

(3) Medical records, medical bills, legal bills, jail records, and banking and income information of Plaintiff.

The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Enter an Agreed Protective Order (ECF No. 11) is **GRANTED**.

///

///

**ORDER GRANTING STIPULATED MOTION TO ENTER AN AGREED
PROTECTIVE ORDER ~ 1**

2.    The parties' Motion to Expedite (ECF No. 10) is **GRANTED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 15th  day of March, 2012.


*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\aCIVIL\2011\Potter\stip.wpd

**ORDER GRANTING STIPULATED MOTION TO ENTER AN AGREED PROTECTIVE ORDER ~ 2**