HONORABLE ROBERT H. WHALEY

Rocco N. Treppiedi
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
SPOKANE, WA  99201-3326
Telephone: (509)625-6225
Fax:(509)625-6277

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| CHARLES J. POTTER, | NO. CV-11-281-RHW |
|---|---|
| Plaintiff, | |
| vs. | AGREED PROTECTIVE ORDER |
| CITY OF SPOKANE, COREY LYONS, AND JAKE JENSEN, | |
| Defendants. | |

This matter having come before the Court on the stipulation of plaintiff and defendants for a protective order relating to matters of discovery in the above case, and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED that from the date of this Order all parties, attorneys and other people identified below, shall abide by the following conditions relating to certain documents in this case:

AGREED PROTECTIVE ORDER - 1

A. The term "confidential material" as used herein, shall mean the following listed material, and shall include that portion of any responses to Interrogatories of the parties, Requests for Production by the parties, depositions of the parties, their agents, employees, and retained expert witnesses and consultants, and depositions of any witness that relate to said items:

(1) The Spokane Police Department's Internal Affairs file that relates to an investigation of Spokane Police Officers' conduct during an event or events that relate to factual allegations made by the plaintiff in his complaint for damages;

(2) Personnel files of defendant employees; and

(3) Medical records, medical bills, legal bills, jail records, and banking and income information of Plaintiff.

B. Confidential material shall hereafter be used solely by the parties for the purpose of conducting this litigation and not for any other purpose without order of the Court or written consent of the parties or their counsel.

C. For the purpose of conducting this litigation, confidential material may be used by and disclosed only to the following persons:

(1) The attorneys working on this action on behalf of either party or their employees;

AGREED PROTECTIVE ORDER - 2

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA 99201-3326
(509) 625-6225
FAX (509) 625-6277

(2) The parties, their representatives and their employees with knowledge of the matters that form the basis of this litigation;

(3) Any person, including expert witnesses and consultants, who is expressly retained by any attorney or party described in paragraphs (1) and (2) above, to assist in the preparation of this action for trial, whether or not their testimony is to be used at trial;

(4) Witnesses having knowledge of the writings or documents and matters disclosed therein; and

(5) The Court.

D. Any person who makes disclosure of confidential material under paragraph C of this Order shall advise each person to whom disclosure is made concerning the terms of this Protective Order.

E. The persons described in subparagraphs (1) through (5) of Paragraph C above are enjoined from disclosing confidential materials or the substance thereof to any other person except in conformance with this Order and the laws relating to public disclosure.

F. Neither this Stipulation nor anything contained herein shall prevent or prejudice the right of any party to apply to the Court for an Order striking the designation of confidentiality and removing documents, writings or information from the restrictions contained in this Order. Any party may apply to the Court

AGREED PROTECTIVE ORDER - 3

for an Order modifying this Order or imposing additional restrictions upon the use of confidential material.

G.  Subject to further order of the Court, any confidential material submitted or presented to or filed with the Court shall be filed in a sealed envelope or other sealed container marked "Confidential" subject to Protective Order, and with the name of the producing party, a statement that said documents are sealed pursuant to this Order and that it is not to be opened or the contents displayed or revealed except in conformity with further order of the Court.

H.  Use during trial of any confidential material or information covered by this Order shall be determined by the Federal Court Judge assigned to preside over trial in this case and pretrial matters.

I.  At the conclusion of this matter all copies of any confidential materials produced by the plaintiff shall be returned to the plaintiff's attorney and all copies of any materials produced by the defendants shall be returned to the attorneys for the defendants.

J.  Any disclosure beyond the above limitations shall require a written agreement between the parties or their counsel, or in the event of no agreement, further Order of the Court as described in Paragraph F.

AGREED PROTECTIVE ORDER - 4

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

K.  Violation of the terms of the Order may be deemed contempt of court.  Penalty for said contempt may include but not be limited to financial terms, exclusion from evidence of the confidential material that was disclosed in violation of the order, and/or the dismissal with prejudice of the offending party's cause of action or defense, and/or any other term deemed appropriate by the Court.

DATED this 15th day of March, 2012.


*s/Robert H. Whaley*
JUDGE ROBERT H. WHALEY

Agreed to and presented by:

s/Rocco N. Treppiedi
Rocco N. Treppiedi, WSBA #9137
Assistant City Attorney
Attorney for Defendant
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email: rtreppiedi@spokanecity org

Agreed to:

PAUKERT & TROPPMANN, PLLC
s/Breean L. Beggs – Approved electronically.
Breean L. Beggs, WSBA #20795
Paukert & Troppmann, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA  99201

AGREED PROTECTIVE ORDER - 5

**OFFICE OF THE CITY ATTORNEY**
**5th Floor Municipal Building**
**Spokane, WA  99201-3326**
**(509) 625-6225**
**FAX (509) 625-6277**

1  509-232-7760
2  BBeggs@pt-law.com
   Attorney for Plaintiff
3
4  LAW OFFICES OF JOHN P. NOLLETE
   s/John P. Nollette – Approved electronically.
5  John P. Nollette, WSBA #5474
6  1403 W. Broadway Avenue
   Spokane, WA  99201
7  509-323-9000
8  nollette@cet.com
   Attorney for Plaintiff
9
10 ELLEN HENDRICK, PLLC
   s/Ellen M. Hendrick – Approved electronically.
11 Ellen M. Hendrick, WSBA #33696
12 1403 W. Broadway Avenue
   Spokane, WA  99201
13 509-456-6036
14 hendricklaw@comcast.net
15 Attorney for Plaintiff
16
17
18
19
20
21
22
23
24
25
26
27
28

AGREED PROTECTIVE ORDER - 6

**OFFICE OF THE CITY ATTORNEY**
**5th Floor Municipal Building**
**Spokane, WA  99201-3326**
**(509) 625-6225**
**FAX (509) 625-6277**